UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

JANE J. BOYLE
District Judge                                                                                          214/753-2740

March 25, 2019

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

    Re: *Paxton Allen et al v. Northrop Grumman et al*
      Civil Action No. 3:19-cv-0491-B

Dear Ms. Mitchell:

  I hereby recuse myself from the above styled and numbered cause. Please see that it is assigned to another judge per the usual procedure.

              Sincerely,

              _____
              JANE J. BOYLE
              UNITED STATES DISTRICT JUDGE