IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAXTON ALLEN, DAVID DUNN, SCOTT MEREDITH, RAMON BANEY, NICOLE HENAIRE, INDIVIDUALLY AND AS REPRESENTATIVES OF ALL THOSE SIMILARLY SITUATED<br><br>**Plaintiffs,**<br><br>*v.*<br><br>NORTHROP GRUMMAN, AECOM GENERAL DYNAMICS, AND RAYTHEON COMPANY<br><br>**Defendants** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-00491-K |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs Paxton Allen, David Dunn, Scott Meredith, Ramon Baney, and Nicole Henaire, file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are Paxton Allen, David Dunn, Scott Meredith, Ramon Baney, and Nicole Henaire.

2. Defendants are Northrop Grumman Corporation, AECOM, General Dynamics Corporation, and Raytheon Company.

3. On February 26, 2019, Plaintiffs sued Defendants.

4. Defendants have been served with process and have not filed an answer or motion for summary judgment.

5. This case is not a certified class action.

6. A received has not been appointed in this action.

7.   This case is not governed by any federal statute that requires an order of the court for dismissal of this case.

8.   Plaintiffs have not previously dismissed an action based on or including the same claims as those presented in this suit.

9.   This dismissal is WITHOUT PREJUDICE.

Respectfully submitted,

Dated: March 28, 2019

*Kathryn Magan*
KATHRYN MAGAN
Texas Bar No. 24107854
**CASTRO & CO., LLC**
K.Magan@CastroAndCo.com
13155 Noel Road, Suite 900
Dallas, TX 75240
Tel. (469) 550-0036
Fax: (866) 700-7595

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, a true and correct copy of the foregoing document was served in accordance with the FED. R. CIV. P. 5(b)(2)(E) through the Court's ECF system on all counsel of record.

*Kathryn Magan*
Kathryn Magan